**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7319

TIMOTHY MCNEAL,

Plaintiff - Appellant,

v.

J. HUTCHINSON, Acting Warden; C. NEVILS; MR. GLENN; MS. LANHAM; MS. NECOMB; MR. TAYLOR; MS. JOHNSON; MS. V. MARTIN,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Joseph F. Anderson, Jr., Senior District Judge.  (2:21-cv-03431-JFA)

Submitted:  March 21, 2024                     Decided:  April 1, 2024

Before THACKER and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Timothy McNeal, Appellant Pro Se.  Beth Drake, Assistant United States Attorney, Jennifer L. Mallory, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy McNeal appeals the district court's order granting Defendants' motion to dismiss, or in the alternative, for summary judgment, and dismissing his complaint, which raised Fourth, Fifth, and Eighth Amendment claims against several prison employees under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See McNeal v. Hutchinson*, No. 2:21-cv-03431-JFA (D.S.C. Nov. 2, 2022). We further deny McNeal's motion for default. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2